## DEPARTMENT OF DEFENSE
## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 05/18/24 |
|---|---|
| 2. Pay Date | 05/24/24 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| JONES ERIC M | GS 07 01 | 24.82 | 37.23 | 41966.00   9841.00   51807.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-3880 | 23.45 | N | 07/16/23 | 240 | 01/11/25 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| NAVY FEDERAL CREDIT UNION | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 0 | 0 | | | 0 | 0 | | FERS: 1798.78 | |
| GA | X | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. | | |
|---|---|---|---|---|---|
| GROSS PAY | 1985.60 | 21462.16 | TSP DATA | | 5% |
| TAXABLE WAGES | 1595.57 | 17284.42 | | | |
| NONTAXABLE WAGES | 290.75 | 3104.63 | | | |
| TAX DEFERRED WAGES | 99.28 | 1073.11 | ROTH DATA | | 5% |
| DEDUCTIONS | 893.72 | 9844.24 | | | |
| AEIC | | | | | |
| NET PAY | 1091.88 | 11729.48 | | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1985.60 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| DEBT, ROUTINE | Q1 | | 111.56 | FEGLI | E1 | 8.64 | 94.40 |
| FEGLI OPTNL | C | 1.33 | 14.63 | FEHB | 113 | 238.63 | 2583.47 |
| MEDICARE | | 24.57 | 266.18 | OASDI | | 105.08 | 1138.17 |
| RETIRE, FERS | | 87.37 | 944.37 | TAX, FEDERAL | | 115.16 | 1234.74 |
| TAX, STATE | KF | 62.26 | 789.34 | TSP SAVINGS | | 99.28 | 1073.11 |
| DENTAL | GA | 38.72 | 387.18 | VISION | | 13.40 | 133.98 |
| ROTH DED | | 99.28 | 1073.11 | | | | |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 12.00 | 4.00 | 36.00 | | 44.00 | | 4.00 | |
| SICK | 4.50 | 4.00 | 36.00 | | 32.00 | | 8.50 | |
| DONATED | | | 106.00 | | 71.75 | | 34.25 | |
| HOLIDAY | | | | | 16.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.32 | 47.20 | FEHB | 586.50 | 6399.54 |
| MEDICARE | 24.57 | 266.18 | OASDI | 105.08 | 1138.17 |
| RETIRE, FERS | 327.62 | 3541.22 | TSP BASIC | 19.86 | 214.65 |
| TSP MATCHING | 79.42 | 858.45 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   238.63
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

## DEPARTMENT OF DEFENSE
## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 06/01/24 |
|---|---|
| 2. Pay Date | 06/07/24 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| JONES ERIC M | GS  07  01 | 24.82 | 37.23 | 41966.00   9841.00   51807.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-3880 | 23.45 | N | 07/16/23 | 240 | 01/11/25 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| NAVY FEDERAL CREDIT UNION | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 0 | 0 | | | 0 | 0 | | FERS:  1886.15 | |
| GA | X | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. | | |
|---|---|---|---|---|---|
| GROSS PAY | 1985.60 | 23447.76 | TSP DATA | | 5% |
| TAXABLE WAGES | 1595.57 | 18879.99 | | | |
| NONTAXABLE WAGES | 290.75 | 3395.38 | | | |
| TAX DEFERRED WAGES | 99.28 | 1172.39 | ROTH DATA | | 5% |
| DEDUCTIONS | 893.73 | 10737.97 | | | |
| AEIC | | | | | |
| NET PAY | 1091.87 | 12821.35 | | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1985.60 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| DEBT, ROUTINE | Q1 | | 111.56 | FEGLI | E1 | 8.64 | 103.04 |
| FEGLI OPTNL | C | 1.33 | 15.96 | FEHB | 113 | 238.63 | 2822.10 |
| MEDICARE | | 24.58 | 290.76 | OASDI | | 105.08 | 1243.25 |
| RETIRE, FERS | KF | 87.37 | 1031.74 | TAX, FEDERAL | | 115.16 | 1349.90 |
| TAX, STATE | GA | 62.26 | 851.60 | TSP SAVINGS | | 99.28 | 1172.39 |
| DENTAL | | 38.72 | 425.90 | VISION | | 13.40 | 147.38 |
| ROTH DED | | 99.28 | 1172.39 | | | | |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 12.00 | 4.00 | 40.00 | | 44.00 | | 8.00 | |
| SICK | 4.50 | 4.00 | 40.00 | | 32.00 | | 12.50 | |
| DONATED | | | 106.00 | | 71.75 | | 34.25 | |
| HOLIDAY | | | | 8.00 | 24.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.32 | 51.52 | FEHB | 586.50 | 6986.04 |
| MEDICARE | 24.58 | 290.76 | OASDI | 105.08 | 1243.25 |
| RETIRE, FERS | 327.62 | 3868.84 | TSP BASIC | 19.86 | 234.51 |
| TSP MATCHING | 79.42 | 937.87 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
YOUR PASSWORD HAS BEEN ESTABLISHED/CHANGED FOR ACCESSING MYPAY.
IF YOU DID NOT TAKE THIS ACTION, CONTACT 1-888-332-7411 OR (216) 522-5096.
PRETAX FEHB EXCLUSION $   238.63
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

## DEPARTMENT OF DEFENSE
## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | |
|---|---|
| 1. Pay Period End | 06/15/24 |
| 2. Pay Date | 06/21/24 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| JONES ERIC M | GS  07  01 | 24.82 | 37.23 | 41966.00   9841.00   51807.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-3880 | 23.45 | N | 07/16/23 | 240 | 01/11/25 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| NAVY FEDERAL CREDIT UNION | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 0 | 0 | | | 0 | 0 | | FERS:   1973.52 | |
| GA | X | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. | | |
|---|---|---|---|---|---|
| GROSS PAY | 1985.60 | 25433.36 | TSP DATA | 5% | |
| TAXABLE WAGES | 1595.57 | 20475.56 | | | |
| NONTAXABLE WAGES | 290.75 | 3686.13 | | | |
| TAX DEFERRED WAGES | 99.28 | 1271.67 | ROTH DATA | 5% | |
| DEDUCTIONS | 930.53 | 11668.50 | | | |
| AEIC | | | | | |
| NET PAY | 1055.07 | 13876.42 | | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1985.60 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|
| DEBT,ROUTINE | Q1 | | 111.56 | FEGLI | | E1 | 8.64 | 111.68 |
| FEGLI OPTNL | C | 1.33 | 17.29 | FEHB | | 113 | 238.63 | 3060.73 |
| MEDICARE | | 24.57 | 315.33 | OASDI | | | 105.08 | 1348.33 |
| RETIRE, FERS | KF | 87.37 | 1119.11 | TAX, FEDERAL | | | 115.16 | 1465.06 |
| TAX, STATE | GA | 62.26 | 913.86 | TSP LOANS | | 529001G | 36.81 | 36.81 |
| TSP SAVINGS | | 99.28 | 1271.67 | DENTAL | | | 38.72 | 464.62 |
| VISION | | 13.40 | 160.78 | ROTH DED | | | 99.28 | 1271.67 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 12.00 | 4.00 | 44.00 | 8.00 | 52.00 | | 4.00 | |
| SICK | 4.50 | 4.00 | 44.00 | 16.00 | 48.00 | | 0.50 | |
| DONATED | | | 106.00 | | 71.75 | | 34.25 | |
| HOLIDAY | | | | | 24.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.32 | 55.84 | FEHB | 586.50 | 7572.54 |
| MEDICARE | 24.57 | 315.33 | OASDI | 105.08 | 1348.33 |
| RETIRE, FERS | 327.62 | 4196.46 | TSP BASIC | 19.86 | 254.37 |
| TSP MATCHING | 79.42 | 1017.29 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   238.63
TSP LOAN PAYMENT CHANGED.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

## DEPARTMENT OF DEFENSE
## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | | |
|---|---|---|
| **1. Pay Period End** | 06/29/24 | |
| **2. Pay Date** | 07/05/24 | |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| JONES ERIC M | GS  07  01 | 24.82 | 37.23 | 41966.00   9841.00   51807.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-3880 | 23.45 | N | 07/16/23 | 240 | 01/11/25 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| NAVY FEDERAL CREDIT UNION | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 0 | 0 | | | 0 | 0 | | FERS:    2060.89 | |
| GA | X | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 1985.60 | 27418.96 | TSP DATA | 5% |
| TAXABLE WAGES | 1595.57 | 22071.13 | | |
| NONTAXABLE WAGES | 290.75 | 3976.88 | | |
| TAX DEFERRED WAGES | 99.28 | 1370.95 | ROTH DATA | 5% |
| DEDUCTIONS | 930.54 | 12599.04 | | |
| AEIC | | | | |
| NET PAY | 1055.06 | 14931.48 | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1985.60 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| DEBT, ROUTINE | Q1 | | 111.56 | FEGLI | E1 | 8.64 | 120.32 |
| FEGLI OPTNL | C | 1.33 | 18.62 | FEHB | 113 | 238.63 | 3299.36 |
| MEDICARE | | 24.58 | 339.91 | OASDI | | 105.08 | 1453.41 |
| RETIRE, FERS | | 87.37 | 1206.48 | TAX, FEDERAL | | 115.16 | 1580.22 |
| TAX, STATE | KF | 62.26 | 976.12 | TSP LOANS | 529001G | 36.81 | 73.62 |
| TSP SAVINGS | GA | 99.28 | 1370.95 | DENTAL | | 38.72 | 503.34 |
| VISION | | 13.40 | 174.18 | ROTH DED | | 99.28 | 1370.95 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 12.00 | 4.00 | 48.00 | 8.00 | 60.00 | | | |
| SICK | 4.50 | 4.00 | 48.00 | | 48.00 | | 4.50 | |
| DONATED | | | 106.00 | | 71.75 | | 34.25 | |
| HOLIDAY | | | | 8.00 | 32.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.32 | 60.16 | FEHB | 586.50 | 8159.04 |
| MEDICARE | 24.58 | 339.91 | OASDI | 105.08 | 1453.41 |
| RETIRE, FERS | 327.62 | 4524.08 | TSP BASIC | 19.86 | 274.23 |
| TSP MATCHING | 79.42 | 1096.71 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $  238.63
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**